1  **KASOWITZ BENSON TORRES LLP**
   ROBERT W. BOSSLET (SBN 278027)
2  RBosslet@kasowitz.com
3  2029 Century Park East, Suite 2000
   Los Angeles, CA 90067
4  Telephone: (424) 288-7900
5  Facsimile: (424) 288-7901

6  *Attorneys for Liggett Group LLC*

7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| LORNA TAYLOR, KIMBERLY LYNCH, ROBERT DALE WILBERT, CHRISTIAN WILBERT, JOHN WILBERT, FRANCESCA BITAGLIANO, <br><br> Plaintiffs, <br><br> vs. <br><br> R.J. REYNOLDS TOBACCO COMPANY, a foreign corporation, as successor-by-merger to LORILLARD TOBACCO COMPANY, individually and as successor-in-interest to the U.S. tobacco business of BROWN & WILLIAMSON TOBACCO CORPORATION (n/k/a BROWN & WILLIAMSON HOLDINGS, INC.), and individually as successor-buy-merger to American Tobacco Company, LIGGETT GROUP, LLC, a foreign limited liability company, and VECTOR GROUP, LTD., INC., a foreign corporation, and DOES 1 through 100, Inclusive <br><br> Defendants. | Case No. <br><br> [Orange Superior Court Case No. 30-2022-01295797] <br><br> **DEFENDANT LIGGETT GROUP LLC'S CONSENT TO REMOVAL** |

1
DEFENDANT LIGGETT GROUP LLC'S CONSENT TO REMOVAL

Defendant Liggett Group LLC ("Liggett") first received a copy of the First Amended Complaint, the initial pleading setting forth the claim for relief upon which this action is based, on February 21, 2023. Without waiving any of its defenses or any other rights, Liggett hereby consents to the removal of this action from the Superior Court of California, County of Orange, to the United States District Court for the Central District of California. Removal is proper for the reasons stated in Defendant R.J. Reynolds Tobacco Company's Notice of Removal.

Respectfully submitted this 14th day of March, 2023.

                                  LIGGETT GROUP LLC

                                  By: _____

                                  Victoria Spier Evans
                                  General Counsel for Liggett Group LLC