# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORNA TAYLOR, et al.,<br><br>             Plaintiffs,<br><br>v.<br><br>R. J. REYNOLDS TOBACCO COMPANY, a foreign corporation, as successor-by-merger to LORILLARD TOBACCO COMPANY, individually and as successor-in-interest to the U.S. tobacco business of BROWN & WILLIAMSON TOBACCO CORPORATION (n/k/a BROWN & WILLIAMSON HOLDINGS, INC.), and individually As successor-by-merger to American Tobacco Company, et al.<br><br>             Defendants. | Case No. 8:23-cv-00483-JLS-DFM<br><br>**ORDER DISMISSING CLAIMS AGAINST R.J. REYNOLDS TOBACCO COMPANY WITH PREJUDICE AND DISMISSING ENTIRE ACTION** |

1   On March 25, 2025, the parties' filed a Joint Stipulation (Doc. 50) informing
2   the Court that they have agreed that Plaintiffs Lorna Taylor, Kimberly Lynch, and
3   Robert Dale Wilbert dismiss, with prejudice, all claims asserted against Defendant
4   R.J. Reynolds Tobacco Company ("Reynolds"). *See* Fed. R. Civ. P. 41(a)(1)(A).
5   Accordingly, it is hereby ORDERED AND ADJUDGED that all claims asserted
6   against Reynolds in this action are DISMISSED WITH PREJUDICE. Plaintiffs and
7   Reynolds shall bear their own costs and attorneys' fees.
8   As Plaintiffs' claims against all Defendants have now been resolved, the action
9   is dismissed in its entirety.

Dated: March 28, 2025                       _____
                                            HON. JOSEPHINE L. STATON
                                            UNITED STATES DISTRICT JUDGE